**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Randolph Ramirez**<br>**LAW OFFICES OF DONALD T. DUNHAM & ASSOCIATES**<br>**8632 East Valley Blvd. #P**<br>**Rosemead, CA 91770**<br>**626-288-1699 Fax: 626-288-1695**<br>**297928**<br>**randolph.ramirez@yourlegalneeds.net**<br>*Attorney for:* | CASE NO.:<br>CHAPTER: 7<br>ADVERSARY NO.:<br>*(if applicable)* |
|---|---|
| In re:<br><br>    **Bernadina Reyna**<br>                                          Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(INDIVIDUAL)**<br>**[LBR 1002-1(f)]** |

☑ Petition, statement of affairs, schedules or lists                      Date Filed: _____
☑ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other *(specify)*: _____                              Date Filed: _____

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed printed copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement About Your Social Security Numbers* (Official Form 121) and provided the executed original to my attorney.

Date: _____     Signature (handwritten) of Debtor or signing party
                                  **Bernadina Reyna**
                                  Printed name of Signing Party

Date: _____     Signature (handwritten) of Debtor 2 (Joint Debtor) (if applicable)
                                  Printed name of Debtor 2, if applicable

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned attorney for the Signing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed *Part 1 - Declaration of Debtor(s) or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement About Your Social Security Numbers* (Official Form 121) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) available for review upon request of the court.

Date: _____     /s/ Randolph Ramirez
                                  Signature (handwritten) of attorney for Signing Party
                                  **Randolph Ramirez 297928**
                                  Printed Name of attorney for Signing Party

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Randolph Ramirez**<br>**1613 Chelsea Road No.186**<br>**San Marino, CA 91108**<br>**626-321-2404 Fax:  626-784-0480**<br>**297928**<br>**lawrrr@me.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Movant* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** ||
| In re:<br><br>**Bernadina Reyna**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  12/16/2016        **Bernadina Reyna**                              _[signature]_
                         Printed name of Debtor 1                        Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                Page 1                                F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                  Printed name of Debtor 2         Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                               Page 2                          F 1002-1.EMP.INCOME.DEC

## Pay Stub 1

DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 10/31 – 11/13/16
NAME: BERNARDINA REYNA

| | REG HR.@ | OT HR.@ | |
|---|---|---|---|

TOTAL EARNINGS: 516 —
FICA: 39 47
U.S. INC. TAX:
STATE INC. TAX:
MEDICARE:
SDI: 4 64
TOTAL DEDUCTIONS: 44 11
NET PAY: 471 89

EMPLOYEE'S STATEMENT - DETACH AND RETAIN

## Pay Stub 2

DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 11/14 – 11/27/16
NAME: Bernardina Reyna

TOTAL EARNINGS: 548 25
FICA: 41 94
SDI: 4 93
TOTAL DEDUCTIONS: 46 87
NET PAY: 501 38

EMPLOYEE'S STATEMENT - DETACH AND RETAIN

## Pay Stub 3

DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 11/28 – 12/11/16
NAME: Bernardina Reyna

TOTAL EARNINGS: 537 50
FICA: 41 12
SDI: 4 84
TOTAL DEDUCTIONS: 45 96
NET PAY: 491 54

EMPLOYEE'S STATEMENT - DETACH AND RETAIN

## Pay Stub 4

DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 9/19 – 10/2/16
NAME: Bernardina Reyna

TOTAL EARNINGS: 510 67
FICA: 39 06
SDI: 4 60
TOTAL DEDUCTIONS: 43 66
NET PAY: 466 97

EMPLOYEE'S STATEMENT - DETACH AND RETAIN

## Pay Stub 5

DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 10/3 – 10/16/16
NAME: Bernardina Reyna

REG HR.@: 57   10 75   612 75
TOTAL EARNINGS: 612 75
FICA: 46 88
SDI: 5 51
TOTAL DEDUCTIONS: 52 39
NET PAY: 560 36

EMPLOYEE'S STATEMENT - DETACH AND RETAIN

## Pay Stub 6

DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 10/17 – 10/30/16
NAME: Bernardina Reyna

REG HR.@: 52   10 75
TOTAL EARNINGS: 559 —
FICA: 42 76
SDI: 5 03
TOTAL DEDUCTIONS: 47 79
NET PAY: 511 21

EMPLOYEE'S STATEMENT - DETACH AND RETAIN

## Pay Stub 7

DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 8/8 – 8/21/16
NAME: BERNARDINA REYNA

REG HR.@: 40   10 75   430 —
TOTAL EARNINGS: 430 —
FICA: 32 90
SDI: 3 87
TOTAL DEDUCTIONS: 36 77
NET PAY: 393 23

EMPLOYEE'S STATEMENT - DETACH AND RETAIN

## Pay Stub 8

DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 8/22 – 9/4/16
NAME: BERNARDINA REYNA

TOTAL EARNINGS: 516 —
FICA: 39 47
SDI: 4 64
TOTAL DEDUCTIONS: 44 11
NET PAY: 471 89

EMPLOYEE'S STATEMENT - DETACH AND RETAIN

## Pay Stub 9

DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 9/5 – 9/18/16
NAME: Bernardina Reyna

TOTAL EARNINGS: 516 —
FICA: 39 47
SDI: 4 64
TOTAL DEDUCTIONS: 44 11
NET PAY: 471 89

EMPLOYEE'S STATEMENT - DETACH AND RETAIN

**Paystub 1:**
DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 7/25 - 8/7/16
NAME: Bernardina Reyna

| | HRS | RATE | AMOUNT |
|---|---|---|---|
| REG HR.@ | 40 | 12.75 | 516 |
| OT HR.@ | | | |
| TOTAL EARNINGS | | | 516 |
| FICA | | | 39.47 |
| U.S. INC. TAX | | | |
| STATE INC. TAX | | | |
| MEDICARE | | | |
| SDI | | | 4.64 |
| TOTAL DEDUCTIONS | | | 44.11 |
| NET PAY | | | 471.89 |

**Paystub 2:**
DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 6/27 - 7/10/16
NAME: Bernardina Reyna

| | | | |
|---|---|---|---|
| REG HR.@ | | | 492 |
| OT HR.@ | | | |
| TOTAL EARNINGS | | | 492 |
| FICA | | | 37.64 |
| U.S. INC. TAX | | | |
| STATE INC. TAX | | | |
| MEDICARE | | | |
| SDI | | | 4.43 |
| TOTAL DEDUCTIONS | | | 42.07 |
| NET PAY | | | 449.93 |

**Paystub 3:**
DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 7/11 - 7/24/16
NAME: Bernardina Reyna

| | HRS | RATE | AMOUNT |
|---|---|---|---|
| REG HR.@ | | | 510.63 |
| OT HR.@ | | | |
| TOTAL EARNINGS | | | 510.63 |
| FICA | | | 39.06 |
| U.S. INC. TAX | | | |
| STATE INC. TAX | | | |
| MEDICARE | | | |
| SDI | | | 4.60 |
| TOTAL DEDUCTIONS | | | 43.66 |
| NET PAY | | | 466.97 |

**Paystub 4:**
DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 8/8 - 8/21/16
NAME: Bernardina Reyna

| | HRS | RATE | AMOUNT |
|---|---|---|---|
| REG HR.@ | 40 | 10.75 | 430 |
| OT HR.@ | | | |
| TOTAL EARNINGS | | | 430 |
| FICA | | | 32.90 |
| U.S. INC. TAX | | | |
| STATE INC. TAX | | | |
| MEDICARE | | | |
| SDI | | | 3.87 |
| TOTAL DEDUCTIONS | | | 36.77 |
| NET PAY | | | 393.23 |

**Paystub 5:**
DAVID SERVICE STATION, INC.
LOS ANGELES, CA 90062
PERIOD ENDING: 8/22 - 9/4/16
NAME: Bernardina Reyna

| | HRS | RATE | AMOUNT |
|---|---|---|---|
| REG HR.@ | | | 516 |
| OT HR.@ | | | |
| TOTAL EARNINGS | | | 516 |
| FICA | | | 39.47 |
| U.S. INC. TAX | | | |
| STATE INC. TAX | | | |
| MEDICARE | | | |
| SDI | | | 4.64 |
| TOTAL DEDUCTIONS | | | 44.11 |
| NET PAY | | | 471.89 |